UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Thongliane Edwards,
Thuat Luu, Martine Torres,
Oscar O. Tobar, Paul Larry,
Samuel Stokes, Mary E. Iversen,
Kevin Iversen

    Plaintiff

v

Tyson Foods, Inc.
doing business as
Tyson Fresh Meats, Inc

    Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:08-cv-00113

◯ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

⦿ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of the Defendant and against the Plaintiffs. Defendant's motion for sanctions Denied.

Date: October 31, 2013

CLERK, U.S. DISTRICT COURT

G.Kampling
By: Deputy Clerk